UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT McDOWELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　Respondent.<br>_____ | ) Case No. CV 12-2457 GAF(JC)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>)<br>)<br>)<br>) |

　　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings and recommendations of the Magistrate Judge in this action.

　　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

　　　IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation of United States Magistrate Judge, and the Judgment herein on petitioner and counsel for respondent.

　　　DATED: July 2, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEESS
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE