JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT McDOWELL, | ) Case No. CV 12-2457 GAF(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| MARTIN BITER, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 2, 2014



_____
HONORABLE GARY A. FEESS
SENIOR UNITED STATES DISTRICT JUDGE

**JS-6**